1

2

3                              **UNITED STATES DISTRICT COURT**

4                                    **DISTRICT OF NEVADA**

5

6    RANDY FORTUNATO,                          )
                                               )
7                             Plaintiff,       )        Case No. 2:12-cv-00360-JCM-PAL
                                               )
8    vs.                                       )                    **ORDER**
                                               )
9    COUNTRYWIDE HOME LOANS, INC., Et al.,     )
                                               )
10                            Defendants.       )
     _____)

11

12         This matter is before the court on the parties' failure to file a joint status report as required in

13   Order (Dkt. #3) entered March 6, 2012, regarding removal of this case to federal district court.  On

14   March 9, 2012, Defendants filed a signed Statement (Dkt. #5) which complied with the court's order

15   that the removing party file a statement providing the information specified.  However, the parties have

16   not submitted a joint status report regarding removal as required.  Accordingly,

17         **IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., May 10,**

18   **2012,** which must:

19         1.      Set forth the status of this action, including a list of any pending motions and/or other

20                 matters which require the attention of this court.

21         2.      Include a statement by counsel of action required to be taken by this court.

22         3.      Include as attachments copies of any pending motions, responses and replies thereto

23                 and/or any other matters requiring the court's attention not previously attached to the

24                 notice of removal.

25         Dated this 26th day of April, 2012.

26

27                                                     _____
                                                       Peggy A. Leen
28                                                     United States Magistrate Judge